**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1151**

_____

INETHA MICHELLE CARR,

Plaintiff - Appellant,

versus

CENTRAL PIEDMONT ACTION COUNCIL,

Defendant - Appellee,

and

GARY STRATON; WILLIAM SMITH; HENRY J. FEATHER-
SON, JR.; JAMES ARMSTEAD; MARGARET RICHARD;
ESTHERLYNN ALLEN YOUNG; SADIE PATTERSON; SUE
SEAWELL; PHILIP BLAKER; CLAUDE SPENCER;
PHYLLIS KIRKSEY; ELLSWORTH J. BENNETT; MACON
BOOKER; JOSEPHINE BLAND; MARY JASPER; JESSIE
W. JOHNSON; JAMES JONES; BARBARA EGGLESTON;
MARY STOKES; JOSEPH SCRUGGS; MERIDEE SHAEFFER;
LEWIS PFEIFFER; ANN SANDERSON; ROBERT SCALES;
ARTHUR COARDES,

Defendants.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Lynchburg. Norman K. Moon, District Judge.
(CA-98-56-6-L)

_____

Submitted: March 9, 2000          Decided: March 16, 2000

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Inetha Michelle Carr, Appellant Pro Se.  Carlene Booth Johnson, PERRY & WINDELS, Dillwyn, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Inetha Michelle Carr appeals the district court's order granting summary judgment to the Central Piedmont Action Council and dismissing Carr's employment discrimination complaint.  We have reviewed the record and the district court's memorandum opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Carr v. Central Piedmont Action Council, No. CA-98-56-6-L (W.D. Va. Jan. 27, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED